```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17354
   CARLOS L PAYNE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8824

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/24/2007 and was confirmed 01/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

     The case was dismissed after confirmation 08/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG        .00            .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    1724.89            .00         1724.89
AMERICAS SERVICING COMPA  SECURED NOT I   NOT FILED           .00            .00
FORD MOTOR CREDIT CORPOR  SECURED VEHIC        .00            .00            .00
FORD MOTOR CREDIT         SECURED VEHIC        .00            .00            .00
ROUNDUP FUNDING LLC       UNSECURED       1015.38             .00            .00
BUDGET CONSTRUCTION       UNSECURED       NOT FILED           .00            .00
CAPITAL ONE               UNSECURED        285.70             .00            .00
CITY OF CHICAGO PARKING   UNSECURED       2403.00             .00            .00
VILLAGE OF RICHTON PARK   UNSECURED       NOT FILED           .00            .00
HOUSEHOLD FINANCE CORPOR  UNSECURED       8372.26             .00            .00
HSBC BANK NEVADA NA       UNSECURED        128.84             .00            .00
IC SYSTEM INC             UNSECURED        109.56             .00            .00
AT&T WIRELESS             UNSECURED       NOT FILED           .00            .00
UNVL CITI                 UNSECURED       NOT FILED           .00            .00
WFFINANCIAL               UNSECURED        263.92             .00            .00
HSBC BANK USA             NOTICE ONLY     NOT FILED           .00            .00
DVL LAW OFFICES           NOTICE ONLY     NOT FILED           .00            .00
BUCHALTER NEMER           NOTICE ONLY     NOT FILED           .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00            .00
IRWIN HOME EQUITY         CURRENT MORTG        .00            .00            .00
IRWIN HOME EQUITY         SECURED NOT I   3466.02             .00            .00
B-REAL LLC                UNSECURED        156.00             .00            .00
B-REAL LLC                UNSECURED         31.20             .00            .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY     2,392.50                           .00
TOM VAUGHN                TRUSTEE                                         149.99
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17354 CARLOS L PAYNE
```

```
TRUSTEE                                           1,874.88

PRIORITY                                                               .00
SECURED                                                           1,724.89
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                149.99
DEBTOR REFUND                                                          .00
                                            ---------------   ---------------
TOTALS                                            1,874.88          1,874.88
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE